<br>

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 9, 2014

_____

### DOCKET CORRECTION NOTICE
_____

No. 14-1694,     <u>Monifa Gethers v. Donnie Harrison</u>
    5:12-cv-00430-F

TO:   Anthony James Cuticchia

FILING CORRECTION DUE:  September 12, 2014

Please make the correction identified below and file a corrected document by the date indicated.

---

[X] Although you have now made separate, dedicated docket entries to file both the opening brief and the joint appendix, you have uploaded the brief to your joint appendix docket entry.  You must re-file the joint appendix; uploading a copy of the joint appendix (rather than a duplicate of the opening brief) to said docket entry.  Your joint appendix docket entry, made 09/08/2014, shall be stricken from the docket.  Should you require further assistance to complete this filing, please contact the undersigned.


Michael Radday, Deputy Clerk
804-916-2702